UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DASSY D. PAWLICK,

    Plaintiff,

v.                                      24-CV-978 (JLS) (JJM)

BUFFALO CITY SCHOOL DISTRICT,
*also known as Buffalo Public Schools*;
THE CITY OF BUFFALO BOARD OF
EDUCATION,

    Defendants

---

### DECISION AND ORDER

    Plaintiff commenced this action, which seeks relief for sex, age, and disability discrimination, against her former employer in October 2024. Dkt. 1. Defendant moved to dismiss the complaint. Dkt. 5. Plaintiff responded. Dkt. 8. Defendant did not reply.

    This Court referred the case to United States Magistrate Judge Jeremiah J. McCarthy for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 6. On September 29, 2025, Judge McCarthy issued a Report and Recommendation ("R&R"), recommending that this Court: (1) grant Defendants' motion as to Plaintiff's disability discrimination claim, with leave to amend; and (2) otherwise deny Defendants' motion. *See* Dkt. 10. No party filed objections, and the time to do so has passed.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). It must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on that review, the Court accepts and adopts Judge McCarthy's recommendation.

For the reasons stated above, and in the R&R, this Court GRANTS, IN PART, AND DENIES, IN PART, Defendants' motion to dismiss (Dkt. 5). Plaintiff's disability discrimination claim is dismissed, with leave to amend.[1] Defendants' motion otherwise is denied. The case is referred back to Judge McCarthy for further proceedings, consistent with the referral order at Dkt. 6.

SO ORDERED.

Dated:   February 11, 2026
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Any amended complaint shall be filed in accordance with a deadline to be set by Judge McCarthy.